AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Kevin Hohn<br><br>*Defendant(s)* | Case No.<br><br>**8:21 MJ 1167 TGW** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 2020 to February 2021__ in the county of __Hernando__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) AND 2252A(a)(1) and (2) | Possession of Child Pornography AND Distribution of Child Pornography |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Sara Angelosanto HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Feb. 19, 2021

_____
Judge's signature

City and state: __Tampa, Florida__   Hon. Thomas G. Wilson, United States Magistrate
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN
## APPLICATION FOR A CRIMINAL COMPLAINT

I, Sara Angelosanto, being duly sworn, depose and state the following:

1. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations (hereinafter "HSI"). I have been employed with HSI for approximately eight years. I am currently assigned to HSI, Special Agent in Charge, Tampa, Florida. I am currently assigned to investigate matters involving the online exploitation of children, particularly in relation to violations of 18 U.S.C. §§ 2251, 2252, and 2252A, which criminalize the production, possession, receipt, and transmission of child pornography. I have investigated, conducted searches and arrests, and assisted with other agents' cases pertaining to these types of investigations. As a Special Agent, I am authorized to investigate violations of the laws of the United States and to execute arrest and search warrants issued under the authority of the United States.

2. I make this affidavit in support of an application for a criminal complaint and arrest warrant for Kevin Hohn. This affidavit does not set forth every fact resulting from the investigation; rather, it sets forth facts sufficient to establish probable cause to believe that Hohn has violated 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) (possession of child pornography) and 2252A(a)(1) and (2) (distribution of child pornography).

## STATEMENT OF PROBABLE CAUSE

3. On or about September 17, 2020, an HSI Special Agent initiated an investigation into IP address 70.127.93.189. The investigation was the result of an

undercover operation conducted by HSI Ft. Lauderdale, related to a Peer to Peer ("P2P") network.[1] On or about September 17, 2020, the undercover computer directly connected to a target computer at IP address 70.127.93.189. The undercover computer successfully downloaded 56 image files from the target computer. Of those images, 26 appear to be child pornography. Three of these images are described as follows:

    a. File Name: "Isn-010-091.jpg." This image file depicts a prepubescent female between the ages of eight and 12. The prepubescent female appears on a rock in the water wearing no clothing. The focus is on her genitals in a lewd and lascivious manner.

    b. File Name: "Isn-010-086.jpg." This image file depicts a prepubescent female between the ages of eight and 12. The prepubescent female appears on a rock in the water wearing no clothing. The prepubescent female appears to be positioned in a sexual suggestive position laying angled to one side supporting herself up with her hands behind her torso.

    c. File Name: "Isn-010-079.jpg." This image file depicts a prepubescent female between the ages of eight and 12. The prepubescent female appears on a rock in the water wearing no clothing. The prepubescent female appears

---

[1] Peer to Peer file sharing is a method of communication available to Internet users through the use of special software. Computers linked together through the Internet using this software from a network that allows for the sharing of digital files between users on the network. A user first obtains the P2P software, which can be downloaded from the Internet. In general, P2P software allows the user to set up file(s) on a computer to be shared with others running compatible P2P software.

to be positioned in a sexual suggestive position standing with one foot on a rock splayed to the side and her hand on her knee.

4. On or about December 1, 2020, the undercover computer again directly connected to the target computer at IP address 70.127.93.189. The undercover computer downloaded one video of child exploitation material. The video can be described as follows:

    a. File Name: "lsd05-08-02.mpg." This video is approximately two minutes and nineteen minutes. It depicts a prepubescent female between the ages of eight and 12. The prepubescent female is preparing cereal and watching television with a shirt on and no pants or underwear. The camera zooms in and focuses on the child's genitals and buttocks throughout the course of the video.

5. On or about December 23, 2020, HSI Tampa submitted a summons to Charter Communications for the subscriber information of IP address 70.127.93.189. On or about January 17, 2020. According to subscriber information provided by Charter Communications, during the relevant timeframe, the IP address was registered to Hohn at 6084 Summit View Dr. Brooksville, FL 34601.

6. Based in part on the information described above, on or about February 12, 2021, U.S. District Judge Elizabeth A. Jenkins signed a warrant to search warrant for the residence located at 6084 Summit View Drive, in Brooksville, Florida.

7. On or about February 19, 2021, HSI Tampa executed the search warrant at 6084 Summit View Drive, in Brooksville, Florida.

8. Upon entry, Special Agents observed Hohn sitting at a computer in the office. This computer was subsequently determined to be a Dell all-in-one desktop computer, which was connected to a Western Digital My Passport external hard drive. HSI Computer Forensic Agents conducted a preliminary search of the external hard drive and discovered more than 100 images of apparent child pornography. Three of these images are described as follows:

   a. Ism-028-050.jpg: This image depicts a prepubescent female between the ages of five and eight. The prepubescent female appears naked on a beach with her legs spread open to the camera in a lewd and lascivious manner.

   b. Isl-023-074.jpg: This image depicts a prepubescent female between the ages of seven and nine. The prepubescent female appears on a rock in the water wearing no clothing. The prepubescent female appears to be laying on her stomach naked. The image is focused on the prepubescent female's genitals.

   c. Isl-027-064.jpg: This image depicts a prepubescent female between the ages of five and eight. The prepubescent female appears on a blue, purple, green, and white towel, on the ground naked with her legs spread open to the camera in a lewd and lascivious manner.

9. During the course of the search, Special Agents also discovered a home surveillance USB charger LDT-3GI-A—a device that appears to be a standard USB charger, but has the capabilities to record covertly. In addition, also on the Western Digital My Passport external hard drive, CFAs discovered images of apparent child

pornography that had been covertly produced in Hohn's home. Two of these images are described as follows:

      a.      vlcsnap-2020-07-27-08h51m50s028.png: This image depicts a pubescent female between the ages of 13 and 16. The pubescent female appears naked on her side. Based upon the observations of myself and others during the execution of the search warrant, this image appears to have been taken in the media room of Hohn's residence.

      b.      vlcsnap-2019-07-29-09h28m17s052.png: This image depicts a pubescent female between the ages of twelve and sixteen. The pubescent female appears standing naked. Based upon the observations of myself and others during the execution of the search warrant, this image appears to have been taken in the master bathroom of Hohn's residence.

10.    Special Agents attempted to interview Hohn, however, he declined.

## CONCLUSION

11. Based on the foregoing facts, there is probable cause to believe that Hohn has violated 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) (possession of child pornography) and 2252A(a)(1) and (2) (distribution of child pornography). Accordingly, I request that the Court issue a warrant for his arrest.

_____
Sara Angelosanto
Special Agent, HSI

_____
HONORABLE THOMAS G. WILSON
United States Magistrate Judge
Feb. 19, 2021